[No. 19158-3-III.  Division Three.  September 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL REINHOLD ANTONI, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 98-1-00052-4, Richard J. Schroeder, J., entered May 5, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 24383-1-II.  Division Two.  September 15, 2000.]

*In the Matter of the Marriage of* CHRISTINE SUE CONNETT, *Appellant*, and HAROLD LESLIE PARTRIDGE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 81-3-01182-8, Rosanne Buckner, J., entered January 26, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 24114-5-II.  Division Two.  September 15, 2000.]

NISQUALLY PINES COMMUNITY CLUB, *Respondent*, v. VIOLA CUPPS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-00681-9, Christine A. Pomeroy, J., entered November 13, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.

[No. 24100-5-II.  Division Two.  September 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVON MARTIN DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-04985-9, Rosanne Buckner, J., entered November 19, 1998. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Wang, JJ.